IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-68-FL-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MICHAEL DEWAYNE MIDGETTE | ) | |

This matter comes before the court on defendant's motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(c), filed November 26, 2012 (DE 204). Upon review of the motion, recommendation of the United States Probation Office, and objection by defendant, the court hereby DIRECTS the government to file a memorandum of law in response to the motion, addressing the arguments raised in the motion and objection, including reference to sentence reductions in United States v. Harris, 4:08-CR-55-F-3, and United States v. Outlaw, 5:06-CR-163-BO-1, within twenty-one (21) days from the date of this order.

SO ORDERED, this the 14th day of March, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge